IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 24-cr-05030-SRB |
| JAMES MILLS, ) | |
| Defendant. ) | |

## ORDER

Before this Court is Magistrate Judge David P. Rush's Report and Recommendation (Doc. #36) that this Court enter an order finding that Defendant James Mills ("Defendant") is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and order his commitment to the custody of the Attorney General pursuant to Section 4241(d) to hospitalize Defendant for treatment for a reasonable period of time, not to exceed four months. The Court has been informed that neither the Government nor Defendant has any objections. Therefore, after an independent review of the record and the applicable law, the Court ADOPTS the Report and Recommendation (Doc. #36). Accordingly, it is hereby **ORDERED** that the Report and Recommendation (Doc. #36) be attached to and made a part of this Order.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: December 18, 2025